```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 20120
    BRIAN HOLLENBECK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
SSN XXX-XX-8539
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/24/04 and confirmed on 09/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 24835.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 18304.31 | .00 | 18304.31 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALT INC | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | FILED LATE | .00 | .00 | .00 |
| COMED | UNSECURED | 1074.59 | 58.96 | 1074.59 |
| MEDICAL RECOVERY SPECIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2148.09 | 117.87 | 2148.09 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMC MORTGAGE | COST OF COLLE | 550.00 | .00 | 550.00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18304.31 | 550.00 | 3222.68 | .00 | 22076.99 |
| PRINCIPAL PAID | 18304.31 | 550.00 | 3222.68 | .00 | 22076.99 |
| INTEREST PAID | .00 | .00 | 176.83 | .00 | 176.83 |
| TOTAL PAID | 18304.31 | 550.00 | 3399.51 | .00 | 22253.82 |

The Debtor's attorney, JOHN C RENZI                   , was allowed $   2200.00 and was paid $    700.00  direct and $   1500.00  through the plan.

The Trustee received $    1063.80 .

Refunds to the Debtor totaled $      17.38 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/08/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```